Rose SILVERMAN, Appellant, v. BERMUDA & WEST INDIES S. S. CO., Limited and Furness–Wittey Co., Limited, Respondents.

No. 184.

Circuit Court of Appeals, Second Circuit.
Jan. 15, 1935.

Silas B. Axtell, of New York City, for appellant.

Raymond Parmer, of New York City, for respondent.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

The granting of a new trial in the case of Silverman v. Bermuda & West Indies S. S. Co., 74 F.(2d) 683, decided herewith, makes the appeal in this case moot.

Appeal dismissed.